OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



3/25/2015

ELLER, NATHAN RAY    Tr. Ct. No. W13-70530-Y-(A)    WR-83,051-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

78711

*Discharged*

Abel Acosta, Clerk

NATHAN RAY ELLER
HUTCHINS UNIT TDC # 1970806
1500 E. LANGDON RD
DALLAS, TX 75241